■ In the Matter of MIGUEL CASTRO, Appellant, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, Respondent. [993 NYS2d 522]—Appeal from a judgment of the Supreme Court (Fitzgerald, J.), entered March 27, 2013 in Chemung County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating a prison disciplinary rule.

Judgment affirmed. No opinion.

Peters, P.J., Lahtinen, Garry, Devine and Clark, JJ., concur. Ordered that the judgment is affirmed, without costs.